**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**NORTHERN DIVISION**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 30 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

SONYA R. BASKIN WOLFE                                      **PLAINTIFF**

VS                                    **CIVIL ACTION NO.** 3:26 cv- 308-DPJ-ASH

UNIVERSITY MISSISSIPPI MEDICAL CENTER                     **DEFENDANT**

(UMMC) AND JOHN/JANE DOES

**COMPLAINT**

**JURY TRIAL DEMANDED**

     **COMES NOW** the Plaintiff Sonya R. Wolfe, Pro Se, files this action against her previous employer, UMMC/JOHN/JANE DOES, State of Mississippi. As more specifically set forth below, Plaintiff has been subjected to job discrimination and race discrimination in the terms and conditions of her employment with the Defendant. The actions of the Defendant are in violation of the Title VII of the Civil Rights Act of 1964, as amended. The actions of the Defendant are in violation of the American Disability Act (ADA} of 1990, Title I and Title II. The actions of the Defendant are in violation of the American With Disabilities Act Amendment Act (ADAAA) of 2008. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**PARTIES**

1.     The Plaintiff, Sonya R. Wolfe is an adult female residing in Hinds County, Mississippi.

2.     The Defendant, UMMC may be served through its Agent Chris Morgan,

Director of Human Resources or any other representative or any of its other John/Jane Doe, at Central Billing Office, 504 Clinton Center Drive, Suite 4300, Clinton, MS 39056.

## JURISDICTION AND VENUE

3. This Court has federal question jurisdiction.

4. This Court has personal and subject matter jurisdiction over the Defendant and venue is proper in this Court.

5. A true and correct copy of Plaintiff's Charge of Discrimination is attached as Exhibit "A". A true and correct copy of the EEOC's Dismissal and Notice of Rights from EEOC is attached as Exhibit "B".

## STATEMENT OF THE FACTS

6. Plaintiff was hired by Defendant at Central Billing Office of UMMC in September, 2017 as Billing Specialist I and because of her good work record and high work load production was later promoted to Billing Specialist II.

7. Plaintiff was paid $19 an hour.

8. Plaintiff made sure her medical insurance premium was kept paid up to date-current because of her life threating illnesses. Because she didn't want to lose her medical coverage but UMMC still cancelled her insurance coverage as though they didn't want her to be able to receive medical treatment to be able to stay alive and live.

9. Plaintiff was employed for approximately 6 years and 9 months and received only one minor write-up for calling out sick. Whereas she was actually working while she was on {FMLA} Family Medical Leave Act. But she began back working while still on FMLA to help with the work load that the department was under.

10.  Plaintiff states a white female that was diagnosed with the same disease, breast cancer, took off work consistently to Plaintiff or more than Plaintiff but was not asked to resign or be terminated. White female later passed away assumably because of her illness. Another white female was also constantly tardy, constantly took off from work, two {2} to three {3} years but was not asked to resign or be terminated.

11.  Plaintiff was under a cancer death threat, whereas she had three diagnoses with cancer, first two {2} resulted in a double mastectomy on November 14, 2023. FML/LOA was approved until January 29, 2024 and later extended to February 19, 2024 due to her developing Lymphedema, whereas, she returned to work. She was diagnosed with kidney cancer, whereas an Oncologist physician from UMMC sent a letter requesting that she take chemotherapy three times a week. Plaintiff was back at work fulltime April,  2024.

12.  Plaintiff informed Chris Morgan that she would have to take a leave in June, 2024 due to kidney cancer. He stated they would discuss leave at that time. Oncologist physician from UMMC sent information to Chris Morgan stating diagnosis of Plaintiff having kidney cancer, that Plaintiff needed to have surgery in June, 2024. Chris Morgan advised Plaintiff in April, 2024 by email that she need to resign or separate from her job due to doctor's restrictions. Chris Morgan also stated to Plaintiff that she needs to keep reporting to work. If she chose to have surgery she would be terminated. Plaintiff informed Chris Morgan that she chose to have surgery and live.

13.  After being terminated from her job in June, 2024, Plaintiff filed a charge of job discrimination, race discrimination and discrimination for "Failure to Accommodate" coverage under ADAAA of 2008 with EEOC on November 22, 2024.

## CAUSES OF ACTIONS
## COUNT I – VIOLATION OF TITLE VII – RACE  DISCRIMINATION

14.  Plaintiff incorporates paragraphs 1 through 13 above as  though fully

incorporated herein

15.    Plaintiff has been discriminated against in the terms and conditions of her employment on the basis of race.

16.    Plaintiff has suffered an adverse employment action, constructive discharge, race.

17.    Plaintiff has been harmed as a result of this discrimination, and the Defendant Is liable to the Plaintiff for the same.

18.    The acts of the Defendant constitute a willful and intentional violation of Title VII of the Civil Rights Act of 1964, and entitle Plaintiff to the recovery of damages both compensatory and punitive in nature.

## COUNT II - VIOLATIONS OF ADA OF 1990, WITH DISABILITIES TITLE I & II

19.    Plaintiff re-alleges and incorporates all averments set forth through Paragraphs 1 through 18 above as though specifically set forth herein.

20.    Defendant has violated ADA of 1990, With Disabilities Title I, UMMC has more than 15 employees, whereas Plaintiff was qualified employee with disabilities and was discriminated against by not given the same rights and opportunities as everyone else.

21.    Defendant has violated ADA of 1990, With Disabilities Title II, is State Public Entity that did not make reasonable modifications to policies, practices, procedures necessary to avoid discrimination.

22.    The acts of the Defendant constitutes a willful intentional violation of ADA of 1990, With Disabilities Title I & II, and other federals laws, and entitle Plaintiff to recovery of damages, both pecuniary and punitive in nature.

23.    As a result of Defendant unlawful acts of discrimination, Plaintiff suffered damages, including but not limited to compensatory damages, emotional pain and suffering, inconvenience and mental anguish. In addition, Plaintiff is entitled to an award

of punitive damages against Defendant.

## COUNT III – AMERICANS WITH DISABILITIES ACT AMENDMENT ACT (ADAAA) OF 2008

24. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 – 23 above as if fully incorporated herein.

25. Plaintiff has violated Americans With Disabilities Act Amendment Act (ADAAA) of 2008 by failure to accommodate Plaintiff with an acute illness.

26. Defendant violated Plaintiff rights by intentional harassment, humiliation causing undue pain and stress, by having disregard to her life and intentional misusing her to be a time bomb on her life.

27. The unlawful actions of the Defendant complained of above were intentional, Malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff prays that upon Hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Liquidated damages in an amount equal to back wages owed;
2. Retroactive additional retirement contributions to PERS from June, 2024 through current date;
3. Readjustment of her current monthly retirement benefits from PERS due to retroactive additional retirement contributions;
4. Compensatory damages;
5. Punitive damages;
6. Attorney's fees if needed;
7. Cost and expenses;
8. Pre-judgement and post judgement interest on all sums owed; and
9. Such further relief as is deemed just and proper.

THIS the 30th day of April, 2026

Respectfully submitted,

*Sonya R. Wolfe* 4-30-26

SONYA R. WOLFE, PLAINTFIFF

SONYA R. WOLFE, PRO SE

172 York Dr.

Jackson, Mississippi 39209

Phone (601) 642-9454

Email: synwlf@yahoo.com